# EXHIBIT A



ATTORNEYS AT LAW
**One Atlantic Center**
1201 West Peachtree Street | Suite 3000
Atlanta, Georgia  30309-3455
404.815.3400 | fax 404.815.3415
www.carltonfields.com
**Atlanta**
Hartford
Los Angeles
Miami
New York
Orlando
Tallahassee
Tampa
Washington, DC
West Palm Beach

Christopher B. Freeman
Shareholder
404.815.2710 Direct Dial
cfreeman@carltonfields.com

January 3, 2019

James W. Davis
214 Maple Street
Villa Rica, GA 30180

*Via Hand Delivery
and E-mail*
*jamesw.davisii@gmail.com*
*jay@jdavislegal.biz*

**Re:   Cease and Desist Any Transfer of IOLTA Funds Belonging to Coface North America Insurance Company**

Dear Mr. Davis:

This firm has been retained by Coface North America Insurance Company ("Coface USA") in connection with the protection of Coface USA's interest in certain funds currently held in a Wells Fargo IOLTA Account No. 7658491001 in the name of "J. Davis – Attorney at Law IOLTA (the "IOLTA Account").  It has come to Coface USA's attention that it has been the victim of a fraudulent scheme designed to cause approximately $3,100,000 of Coface USA's money (the "Funds") now held in the IOLTA Account to be transferred to an unknown third-party, possibly in China.  Coface USA's wiring of the money into the IOLTA Account was in response to a December 19, 2018 transmission of fraudulent wiring instructions.  Coface USA has notified the Federal Bureau of Investigation ("FBI"), who is presently investigating the incident.  Additionally, Coface has notified its bank, which is now in communication with Wells Fargo.

The Funds presently being held in the IOLTA Account are the sole property of Coface USA.  In order to prevent further damage to Coface USA as a result of the fraudulent scheme, you are hereby demanded to return the money wired by Coface USA into the IOLTA Account directly to Coface USA.  Please be advised that any use or transfer of any portion of the Funds will constitute conversion of Coface USA's property, and Coface USA will take any and all action available to it under the law (civil and criminal) and in equity, in order to protect its interests and recover its Funds.  In addition, should any funds have been transferred out of the IOLTA Account to you or any third parties, Coface USA will report this matter to the State Bar of Georgia.

This letter is not, and should not be construed as, a waiver of any rights or remedies available to Coface USA in the event you fail to comply with this letter.  Coface USA expressly reserves all rights or remedies, at law or in equity.

116572793.1

Carlton Fields Jorden Burt, P.A.
Carlton Fields Jorden Burt, P.A. practices law in California through Carlton Fields Jorden Burt, LLP

James W. Davis
January 3, 2019
Page 2

      We trust you understand the seriousness of the current situation. Should you have any questions, please do not hesitate to contact me.

Very truly yours,

CARLTON FIELDS JORDEN BURT, P.A.

Christopher B. Freeman

cc: Branch Manager
Wells Fargo Bank
1997 Mirror Lake Blvd.
Villa Rica, Georgia 30180

116373276.1
116572793.1