# EXHIBIT B

| | |
|---|---|
| **From:** | Wiltey, Connie |
| **Sent:** | Tuesday, January 08, 2019 8:27 AM |
| **To:** | Freeman, Christopher B. |
| **Subject:** | FW: URGENT!! Cease and Desist Any Transfer of IOLTA Funds Belonging to Coface North America Insurance Company |

See below.

**From:** Jay Davis [mailto:jay@jdavislegal.biz]
**Sent:** Monday, January 07, 2019 6:17 PM
**To:** Wiltey, Connie
**Subject:** Re: URGENT!! Cease and Desist Any Transfer of IOLTA Funds Belonging to Coface North America Insurance Company

Mr. Freeman,

In response to your voicemail today at my office, I want to express my distress at what is obviously a difficult issue for your client and what has turned out to be distressing for me as well.  I responded immediately to your request by tendering the balance left in the account by debit, and, unfortunately some funds belonging to other clients of mine that Wells Fargo insisted be returned to as well.  About $3,500 of the money belonged to other clients.  I will need to figure out how to deal with that issue.  Also, Wells Fargo has closed my IOLTA Trust account because I received funds from your client as the source that reported fraud on that wire delivery.  That has cost me quite a bit of time and energy to deal with.  Hopefully, at Wells Fargo they will allow me to open another IOLTA Trust account in the immediate future.

I called the State Bar today to see what I should do in response to your voicemail today, and they have suggested I hire counsel to help me deal with the issue.  I have a meeting set up with counsel on Friday to discuss the matter.  I will respond asap thereafter, or my counsel will, as he advises.

I don't think there are timeliness matters, if that helps.

Jay Davis, Attorney at Law

On Thu, Jan 3, 2019 at 3:23 PM Wiltey, Connie <cwiltey@carltonfields.com> wrote:

> Good afternoon, Mr. Davis.  The attached letter is sent on behalf of Chris Freeman regarding the above matter.  A hard copy is also being hand delivered to you this afternoon.  Thank you.
>
>
>
> Connie Wiltey
>
> Legal administrative Assistant to
>
> Christopher B. Freeman

1



**Connie Wiltey**
Legal Administrative Assistant

One Atlantic Center
1201 W. Peachtree St. N.W., Ste. 3000
Atlanta, Georgia  30309-3455
Direct:  404.815.2730 | Fax:  404.815.3415

cwiltey@carltonfields.com | www.carltonfields.com

**Carlton Fields is ISO 27001:2013 certified.**

*Confidential: This e-mail contains a communication protected by the attorney-client privilege or constitutes work product.  If you do not expect such a communication please delete this message without reading it or any attachment and then notify the sender of this inadvertent delivery.*


--
Jay Davis

Attorney at Law
404-969-2449
www.jdavislegal.biz


This message is intended only for the use of the Addressee and may contain information that is PRIVILEGED and CONFIDENTIAL. If you are not the intended recipient, you are hereby notified that any disclosure, reproduction, distribution or other use of this communication is strictly prohibited. If you have received this e-mail in error, please notify the individual sending the message, and permanently delete the original and any copy of any e-mail and printout thereof.